# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHAEL CHADWICK, on behalf of
himself and those similarly situated,      CASE NO.: 7:15-cv-40-HL

    Plaintiff,

v.

JAMES WARREN AND ASSOCIATES
INC., a Georgia Profit Corporation  and
JAMES WARREN, Individually,

    Defendants.
_____/

## CONSENT JUDGMENT

Pursuant to the Federal Rules of Civil Procedure, Defendants, JAMES WARREN AND ASSOCIATES INC., and JAMES WARREN, consent to a judgment in favor of Plaintiff as to the claims Plaintiff specifically raised in the above-styled matter and against the above-styled Defendants as follows:

Defendants are an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(1)(A). Defendants employed Plaintiff as defined by 29 U.S.C. § 203(d) and owe Plaintiff unpaid overtime wages pursuant to 29 U.S.C. § 207(a)(1). Defendants maintained time records for Plaintiff pursuant to 29 U.S.C. § 211(c). Defendants failed to pay Plaintiff

contemporaneous overtime wages pursuant to 29 U.S.C. § 207(a)(1), in weeks in which Plaintiff worked in excess of 40 hours in a workweek, during his employment with Defendants.

According, judgment is entered in favor of Plaintiff and against Defendants in the amount of TWO HUNDRED AND FORTY-FIVE ($245.00) DOLLARS for unpaid overtime wages pursuant to 29 U.S.C. § 207(a)(1), TWO HUNDRED FORTY-FIVE ($245.00) DOLLARS for liquidated damages pursuant to 29 U.S.C. § 216(b), and reasonable attorneys' fees and costs in an amount to be either separately agreed to by the Parties or in an amount to be determined by the Court to the extent the Parties are unable to agree on an amount.

Dated this 28th day of August, 2015.

Respectfully Submitted,

| /s/ Andrew Frisch | /s/ Zachary R. Cowart |
|---|---|
| ANDREW FRISCH, ESQ. | ZACHARY R. COWART, ESQ. |
| Morgan & Morgan, P.A. | Cowart & Perry, LLP |
| 600 N. Pine Island Road, Suite 400 | 109 W. Adair Street |
| Plantation, FL 33324 | Valdosta, GA 31608 |
| Telephone: (954) WORKERS | Telephone: (229) 249-8680 |
| Facsimile: (954) 327-3013 | Facsimile: (229) |
| afrisch@forthepeople.com | zcowart@cowartandperry.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |