IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHAEL CHADWICK, on behalf of himself   \*
and those similarly situated,
                                           \*

               Plaintiff,        Case No.   7:15-cv-40(HL)
v.                                      \*

JAMES WARREN AND ASSOCIATES,     \*
INC., a Georgia Profit Corporation, and
JAMES WARREN, Individually,            \*

               Defendants.
_____

## **J U D G M E N T**

Pursuant to the Order of this Court filed January 26, 2016, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $1,661.25 and costs in the amount of $800.00. This amount shall accrue interest from the date of entry of judgment at the rate of .58 % per annum until paid in full.

    This 26th day of January, 2016.

                                                              David W. Bunt, Clerk

                                                             s/ Robin L. Walsh, Deputy Clerk